# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2014

Robert P. Young, Jr.,
Chief Justice

148165

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ELIZABETH A. NULL,
          Plaintiff-Appellant,

v

SC: 148165
COA: 308473
Cass CC: 10-000228-NI

AUTO-OWNERS INSURANCE
COMPANY,
          Defendant-Appellee,

and

BERKEY INSURANCE AGENCY, INC.,
and WELLS FARGO BANK NA,
          Defendants.

_____/

On order of the Court, the application for leave to appeal the October 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014



Clerk

h0416